**Richard T. BOWEN, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2010–3065.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2010.

Ali M. Sachani, Attorney at Law, Chatsworth, CA, argued for petitioner.

Allison Kidd–Miller, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel on the brief was Brenda Vosguanian, United States Department of the Navy, of Port Hueneme, CA.

LOURIE, LINN, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**